# Court of Appeals, State of Michigan

## ORDER

Imad Yatooma v Safa Dabish

Docket No.    340110; 341423

LC No.      16-011491-CB

Colleen A. O'Brien
Presiding Judge

Kathleen Jansen

Amy Ronayne Krause
Judges

The Court orders that the March 21, 2019 opinion is hereby AMENDED to correct a clerical error: The Wayne Circuit Court docket number is correct to read: 16-011491-CB for Court of Appeals Number 340110.

In all other respects, the March 21, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 2 2 2019
_____
Date

_____
Chief Clerk